~~SECRET~~ unsealed 3-13-08 ajn

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 0682 JLS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| MARISELA CASTRO-JUAREZ (1), <br> MARISA MELENA MAFNAS (2), <br> DAVID MONTES (3), <br> JULIE HERNANDEZ (4), <br> RANDAL MARK PANTER (5), <br> LORENZO PECORARO (6), <br> JOSE PARADA-VELAZQUEZ (7), <br> JOHN WALTER SCHUH (8), | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Marisa Melena Mafnas</u>, Criminal Case No. 08CR0306-JLS.

DATED: March 7, 2008.

KAREN P. HEWITT
United States Attorney

*Steve Miller*

STEVE MILLER
Assistant U.S. Attorney