# United States District Court

**NOT FOR PUBLIC VIEW**  SOUTHERN DISTRICT OF CALIFORNIA  ~~SECRET~~

*any unsealed 3-13-08*

UNITED STATES OF AMERICA

v.    **WARRANT FOR ARREST**

David Montes (3)

**CASE NUMBER:** 08cr0682 JLS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____David Montes (3)_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:371; 8:1324(a)(2)(B)(ii) - Conspiracy to Bring in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(I) - Conspiracy to Transport Illegal Aliens; 8:1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting; 18:1957 - Engaging in Monetary Transactions in Property Derived from Unlawful Activity; 18:1956(a)(1)(B)(ii) - Laundering of Monetary Instruments; 18:2 Aiding and Abetting; 18:982 - Criminal Forfeiture

In violation of Title _____See Above_____ United States Code, Section(s)

W. Samuel Hamrick, Jr.    Clerk of the Court
Name of Issuing Officer
A. Everett    Title of Issuing Officer
[SEAL]
Signature of Deputy    March 7, 2008    San Diego, CA
Date and Location

Bail fixed at $ _____    by    The Honorable Cathy A. Bencivengo
Name of Judicial Officer

*RECEIVED 2008 MAR -7 A 4:09 U.S. [illegible] SOUTHERN DISTRICT OF [CA]*

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |