FID No. 1463324

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

SECRET

FILED
08 MAR 26 PM 12:05
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature]

UNITED STATES OF AMERICA
V.
David Montes (3)

WARRANT FOR ARREST

CASE NUMBER: 08cr0682 JLS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        David Montes (3)
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:371; 8:1324(a)(2)(B)(ii) - Conspiracy to Bring in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(I) - Conspiracy to Transport Illegal Aliens; 8:1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting; 18:1957 - Engaging in Monetary Transactions in Property Derived from Unlawful Activity; 18:1956(a)(1)(B)(ii) - Laundering of Monetary Instruments; 18:2 Aiding and Abetting; 18:982 Criminal Forfeiture

In violation of Title _____ See Above _____ United States Code, Section(s) _____

RECEIVED 2008 MAR -7 A 4:00 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

W. Samuel Hamrick, Jr.
Name of Issuing Officer

[signature]
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

March 7, 2008   San Diego, CA
Date and Location

Bail fixed at $ _____  by  The Honorable Cathy A. Bencivengo
                                   Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | DATE 3/12/08 ARRESTED BY D. Vazquez ICE S/A STEVEN C. STAFFORD ACTING U.S. MARSHAL S/CA BY [signature] | |

CLASS II 'J'                                                                                   0303

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

SECRET

UNITED STATES OF AMERICA

V.    **WARRANT FOR ARREST**

David Montes (3)

CASE NUMBER: 08cr0682 JLS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   David Montes (3)

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Pretrial Violation

charging him or her with (brief description of offense)

18:371; 8:1324(a)(2)(B)(ii) - Conspiracy to Bring in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(I) - Conspiracy to Transport Illegal Aliens; 8:1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting; 18:1957 - Engaging in Monetary Transactions in Property Derived from Unlawful Activity; 18:1956(a)(1)(B)(ii) - Laundering of Monetary Instruments; 18:2 Aiding and Abetting; 18:982 - Criminal Forfeiture

In violation of Title   See Above   United States Code, Section(s)

W. Samuel Hemrick, Jr.                    Clerk of the Court
Name of Issuing Officer                   Title of Issuing Officer

A. Ivehi                                  March 7, 2008   San Diego, CA
Signature of Deputy                       Date and Location

SEAL

Bail fixed at $ _____   by   The Honorable Cathy A. Bencivengo
                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| 7.49 E. 91st Street, Los Angeles, CA 90002 |

| DATE RECEIVED 3/10/08 | NAME AND TITLE OF ARRESTING OFFICER DAVID J. VAZQUEZ | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST MARCH 12, 2008 | U.S. ICE SPECIAL AGENT | |