Inge Brauer
Attorney at Law
State Bar Number: 68701
2240 "F" Street
San Diego, CA 92102

Tel. No.:        (619) 238-1031
Fax No.:        (619) 238-0930

Attorney for Defendant: **DAVID MONTES**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO, JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 08CR682-03-JLS |
| Plaintiff, ) | |
| v. ) | NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY AND PRESERVE EVIDENCE |
| **DAVID MONTES**, ) | |
| Defendant. ) | DATE: 4/18/08 TIME: 1:30 p.m. |

**TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, and
        STEVE MILLER, ASSISTANT UNITED STATES ATTORNEY:**

**PLEASE TAKE NOTICE** that on April 18, 2008 at 1:30 p.m., or as soon thereafter as counsel may the heard, the defendant, DAVID MONTES, by and through his attorney of record, Inge Brauer, will bring the motions set forth below.

**MOTIONS**

The defendant, DAVID MONTES, by and through his attorney of record, Inge Brauer, and pursuant to Federal Rules of Criminal Procedure 12 and 16 and the Fourth, Fifth, and Sixth Amendments to the United States Constitution, hereby moves this Court to order:

1.       Production of Discovery and Preserve Evidence.

1  This motion is based upon the instant motion, the attached points and authorities, the files
2  and records in the above-entitled case, and any and all matters that may be submitted to this
3  Court prior to the determination of this motion.

5  DATED: April 4, 2008                    Respectfully submitted,

7                                           s/ Inge Brauer
                                            Inge Brauer
8                                           Attorney for Defendant
                                            **DAVID MONTES**