**PROOF OF SERVICE**

Case Name:      U.S.A. v. MONTES

Case No.:       08r682-03-JLS

1. I am employed in the County of San Diego, State of California and over the age of eighteen years. I am not a party to the within action. My address is 2240 "F" Street, San Diego, California 92102.

2. I served: **NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY AND PRESERVE EVIDENCE; STATEMENT OF FACTS AND POINTS AND AUTHORITIES IN SUPPORT OF MOTION**

by electronic filing to:
Steve Miller
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Efile.dkt.gc2@usdoj.gov


    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 6th day of April, 2008 at San Diego, California.

                                        s/ Inge Brauer
                                        _____
                                        Signature